IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (Dubuque) DIVISION

| | | |
|---|---|---|
| Northeast Iowa Citizens for Clean Water | ) | |
| | ) | |
| Plaintiff, | ) | No. C04-1036 LRR |
| | ) | |
| vs. | ) | |
| | ) | NOTICE OF DISMISSAL |
| City of Postville | ) | |
| | ) | |
| Defendant. | ) | |

This action is dismissed pursuant to Local Rule 41.1, a copy of which is attached, unless some action is taken by or not later than March 7, 2005.

DATED February 15, 2005

PRIDGEN J. WATKINS
U.S. District Court
Northern District of Iowa

By: _/s/ Mary Jehle (Deputy)_
        Clerk